HANNAH GRACE, Appellant, *v.* MANHATTAN EYE, EAR AND THROAT HOSPITAL, Respondent.

Submitted June 2, 1950; decided July 11, 1950.

*Benjamin H. Siff* for appellant.

*Alexander Orr, Jr.,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.